IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMONI MASUD JOHNSON, | No. 3:23-CV-00762 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| BLUE SHIRT DAVIS, *et al.*, | |
| Defendants. | |

**ORDER**

**DECEMBER 29, 2023**

Armoni Masud Johnson filed this civil rights complaint alleging that several individuals violated his civil rights by retaliating against him.[1] In September 2023, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court grant in part Defendants' motion to dismiss the complaint.[2] Magistrate Judge Carlson reached this recommendation after determining that Johnson had stated a claim of retaliation against one defendant, but failed to so do against the other defendants, and failed to adequately allege the existence of a conspiracy.[3] After receiving an extension of time, Johnson filed what the Court construes as timely objections to the Report and Recommendation.[4]

---

[1] Doc. 1.
[2] Doc. 11.
[3] *Id.*
[4] *See* Docs. 12-15.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[5] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[6] After reviewing the record, the Court finds no error in Magistrate Judge Carlson's recommendation that that Johnson's complaint should be dismissed in part. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 11) is **ADOPTED**;

2. Defendants' motion to dismiss (Doc. 5) is **GRANTED** in part. Johnson's conspiracy claim is **DISMISSED**, while his retaliation claim is **DISMISSED** as against all defendants except for Blue Shirt Davis; and

3. This matter is **REMANDED** to Magistrate Judge Carlson for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[5] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.