IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMONI JOHNSON, | No. 3:23-CV-00762 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| BLUE SHIRT DAVIS, *et al.*, | |
| Defendants. | |

## ORDER

### JUNE 17, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Carlson's Report and Recommendation (Doc. 25) is **ACCEPTED** in part and **REJECTED** in part;

2. Davis's motion for judgment on the pleadings (Doc. 20) is **DENIED**; and

3. This matter is **REMANDED** to Magistrate Judge Carlson for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge